STATE of Missouri, Respondent,

v.

Lonell M. HAYES, Appellant.

No. WD 73851.

Missouri Court of Appeals, Western District.

April 30, 2013.

Susan Hogan, Kansas City, MO, for appellant.

Todd Smith, Jefferson City, MO, for respondent.

Before JAMES EDWARD WELSH, C.J., KAREN KING MITCHELL, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Lonell M. Hayes appeals the circuit court's judgment convicting him of knowingly burning, in violation of section 569.055, RSMo 2000. We affirm. Rule 30.25(b).